# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2025

## NO. 03-23-00766-CV

**Will Daugherty, Appellant**

**v.**

**AmTrust Insurance Company of Kansas, Inc., Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final judgment signed by the trial court on October 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final judgment. Therefore, the Court affirms the trial court's final judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.